\

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH HATLEN, | Case No. 3:15-cv-00322-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| COX, et al., | |
| Defendants. | |

**I.    DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has not filed an application to proceed *in forma pauperis* or paid the full filing fee in this case. (*See* dkt. no. 1.) Additionally, Plaintiff has submitted a blank complaint with a motion for leave to file outside the form complaint. (Dkt. no. 1-1, 1-2.)

The Court now dismisses this case without prejudice. Plaintiff is a frequent and experienced litigator in this Court. Prior to June 18, 2015, Plaintiff filed five civil rights actions this year without the accompanying application to proceed *in forma pauperis* or filing fee and submitted blank complaints with motions for leave to file outside the form complaint. Each time, the Court granted Plaintiff thirty (30) days to file his applications to proceed *in forma pauperis* or pay the full filing fee and granted Plaintiff thirty (30) days to file a complaint outside of the form complaint.[1] On June 18, 2015, Plaintiff initiated

---

[1] *See Hatlen v. Cox*, 3:15-cv-00010-MMD-VPC; *Hatlen v. Cox*, 3:15-cv-00086-MMD-VPC; *Hatlen v. Cox*, 3:15-cv-00093-RCJ-WGC; *Hatlen v. Cox*, 3:15-cv-00112-RCJ-WGC; and *Hatlen v. Byrne*, 3:15-cv-00180-RCJ-WGC.

three new civil rights actions without the applications to proceed *in forma pauperis* or filing fee and submitted blank complaints with motions for leave to file outside the form complaint.[2]

The Court will no longer entertain Plaintiff's incomplete filing tactics and dismisses this case without prejudice. When Plaintiff is ready to properly initiate a new case he shall (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). He shall also submit a complete complaint and, if necessary, Plaintiff may simultaneously file a motion for leave to file outside of the form complaint.

## II. CONCLUSION

For the foregoing reasons, it is ordered that this case is dismissed in its entirety without prejudice.

It is further ordered that Plaintiff may initiate a new case by filing a complete application to proceed *in forma pauperis* and a complete complaint.

It is further ordered that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 19th day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2] *See Hatlen v. Byrne*, 3:15-cv-00321-RCJ-VPC; *Hatlen v. Cox*, 3:15-cv-00322-MMD-WGC; and *Hatlen v. Baker*, 3:15-cv-00323-MMD-WGC.

2