AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

KENNETH HATLEN,

       Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                         CASE NUMBER:  **3:15-cv-00322-MMD-WGC**

COX, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed in its entirety without prejudice.


   June 22, 20150                       **LANCE S. WILSON**
                                            Clerk


                                                 /s/ D. R. Morgan
                                                   Deputy Clerk